```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
              COUNSEL/PARTIES OF RECORD

              NOV - 3 2009

          CLERK US DISTRICT COURT
            DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ROY A. OGUINN, )
) 
       Plaintiff, ) Case No. 3:09-cv-0622-RCJ-VPC
)
vs. )
) **ORDER**
LOVELOCK CORRECTIONAL CENTER, )
*et al.*, )
)
       Defendants. )

Plaintiff has submitted a complaint attempting to initiate a civil rights action. (Docket #1). He did not pay the required filing fee of $350.00, nor did he submit an application to proceed *in forma pauperis* with a financial certificate and a copy of his inmate account statement, as required by 28 U.S.C. §1915(a)(1) and (2) and Local Rules LSR 1-1 and 1-2.

**IT IS THEREFORE ORDERED** that the clerk of the court shall send plaintiff a blank application form for an application to proceed *in forma pauperis* for incarcerated litigants and a blank civil rights complaint form with instructions. The clerk of the court shall return a copy of the complaint to the plaintiff.

**IT IS FURTHER ORDERED** that the action is **DISMISSED** without prejudice for the plaintiff's commencement of a **NEW** action in which he either pays the $350.00 filing fee in full or submits a complete application to proceed *in forma pauperis*, accompanied by a properly executed financial certificate and a copy of his inmate trust account statement. The clerk of the court shall enter judgment accordingly.

DATED: 11-03-2009

_____
UNITED STATES DISTRICT JUDGE