AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF    NEVADA

ROY A. OGUINN,

       Plaintiff,             JUDGMENT IN A CIVIL CASE
V.

                          CASE NUMBER: **3:09-CV-00622-RCJ-VPC**

LOVELOCK CORRECTIONAL
CENTER, et al.,

       Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** this action is **DISMISSED** without prejudice for the Plaintiff's commencement of a **NEW** action in which he either pays the $350.00 filing fee or submits a complete application to proceed *in forma pauperis*, accompanied by a properly executed financial certificate and a copy of his inmate trust account statement.


   November 5, 2009                         **LANCE S. WILSON**
                                                  Clerk


                                                  /s/ D. R. Morgan
                                                  Deputy Clerk