## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ROy O'GUINN,  )  | 3:09-CV-0622-RCJ (VPC) |
| Plaintiff,  )  | **MINUTES OF THE COURT** |
| vs.  )  | April 27, 2011 |
| LOVELOCK CORRECTIONAL CENTER, et al.,  )  | |
| Defendant(s).  )  | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On November 3, 2009, the District Court dismissed this action without prejudice subject to the commencement of a **new** action in which plaintiff either pays the $350 filing fee in full or submits a completed application to proceed *in forma pauperis*, accompanied by a properly executed financial certificate and a copy of his inmate trust account (#3). Judgment was entered accordingly (#4). This action is now closed. Therefore,

**IT IS ORDERED** that plaintiff's motion asking for the permission to open case no. 3:09-CV-0622 (#8) is **DENIED**.

**IT IS SO ORDERED**.

LANCE S. WILSON, CLERK

By:     /s/
    Deputy Clerk